UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEYLA KEREN LOPEZ-CASTILLO,<br><br>         Plaintiff,<br><br>v.<br><br>MARK A. MORGAN, in his official capacity as Commissioner of United States Customs and Border Protection; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS, in their individual and official capacities; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION SUPERVISING AGENTS, in their individual and official capacities; TWO UNKNOWN IMMIGRATION AND CUSTOMS ENFORCEMENT AND BORDER PROTECTION AGENTS, in their individual and official capacities; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.: 20-CV-1013 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 9) |

  Presently before the Court is Defendant Mark A. Morgan's Motion to Dismiss Complaint (ECF No. 9). The Court **VACATES** the hearing currently set for November 5,

1 | 2020, at 1:30 p.m., and takes the matter under submission without oral argument pursuant
2 | to Civil Local Rule 7.1(d)(1).
3 |      **IT IS SO ORDERED.**
4 | Dated: October 29, 2020
5 |                                           Hon. Janis L. Sammartino
6 |                                           United States District Judge