UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEYLA KEREN LOPEZ-CASTILLO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK A. MORGAN, in his official capacity as Commissioner of United States Customs and Border Protection; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS, in their individual and official capacities; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION SUPERVISING AGENTS, in their individual and official capacities; TWO UNKNOWN IMMIGRATION AND CUSTOMS ENFORCEMENT AND BORDER PROTECTION AGENTS, in their individual and official capacities; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-1013 JLS (MDD)<br><br>**ORDER GRANTING DEFENDANT MARK A. MORGAN'S UNOPPOSED MOTION TO DISMISS**<br><br>(ECF No. 9) |

　　　Presently before the Court is Defendant Mark A. Morgan's Motion to Dismiss Complaint ("Mot.," ECF No. 9). On October 29, 2020, the Court vacated the hearing on

1

the Motion and took the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).  *See* ECF No. 12.

On October 22, 2020, Plaintiff Sheyla Keren Lopez-Castillo attempted to file a First Amended Complaint ("FAC").  *See* ECF No. 10.  Federal Rule of Civil Procedure 15(a)(1) provides:

> A party may amend its pleading once as a matter of course within:
>
> (A) 21 days after serving it, or
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff failed to file her FAC in accordance with these time limits.  Thus, Federal Rule of Civil Procedure 15(a)(2)—providing that, "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave"—applies.  However, Plaintiff did not petition the Court for leave to file her FAC, nor was there any indication that Plaintiff obtained Defendant's written consent to file her FAC.  Accordingly, on October 23, 2020, the Court struck Plaintiff's FAC.  *See* ECF No. 11.

In light of Plaintiff's unsuccessful attempt to amend her Complaint and failure to file any opposition to Defendant's Motion, pursuant to Civil Local Rule 7.1(f)(3)(c), the Court considers Plaintiff to have consented to the granting of the Motion.  Accordingly, the Court **GRANTS** Defendant's Motion and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1    If Plaintiff wishes, she **SHALL FILE** an amended complaint within fourteen (14)
2 days of the date on which this Order is electronically docketed. Failure to file an amended
3 complaint within this deadline will result in dismissal of this action *with prejudice*.

**IT IS SO ORDERED.**

Dated: October 30, 2020

Hon. Janis L. Sammartino
United States District Judge