UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEYLA KEREN LOPEZ-CASTILLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK A. MORGAN, in his official capacity as Commissioner of United States Customs and Border Protection; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS, in their individual and official capacities; TWO UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION SUPERVISING AGENTS, in their individual and official capacities; TWO UNKNOWN IMMIGRATION AND CUSTOMS ENFORCEMENT AND BORDER PROTECTION AGENTS, in their individual and official capacities; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 20-CV-1013 JLS (MDD)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO JULY 21, 2021 ORDER TO SHOW CAUSE**<br><br>(ECF No. 16) |

On November 2, 2020, Plaintiff Sheyla Keren Lopez-Castillo filed her First Amended Complaint in the above-captioned action. *See* ECF No. 14. Plaintiff has neither

appeared nor participated in this action since that date. *See generally* Docket. Accordingly, on July 21, 2021, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b) and Civil Local Rule 41.1(a). *See* ECF No. 16 ("OSC"). Per the OSC, the Court provided explicit "notice to Plaintiff that if she fails to respond within <u>thirty (30) days</u> of the date on which this Order is electronically docketed, the Court **WILL DISMISS WITHOUT PREJUDICE** this action sua sponte." *Id.* at 2 (emphases in original). Although more than thirty days have elapsed since the issuance of the OSC, Plaintiff has failed to respond thereto. *See generally* Docket.

Accordingly, good cause appearing, the Court **DISMISSES** Plaintiff's action **WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 23, 2021

Hon. Janis L. Sammartino
United States District Judge